UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No.: 12-CV-02251-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| CONG NGOC TRAN, | |
| Defendant. | |

In light of the October 24, 2012 Clerk's Notice of Entry of Default against Defendant, ECF No. 13, the Court continues the scheduled October 31, 2012 case management conference to Wednesday, January 9, 2013, at 2:00 p.m. The case management conference statement is due by Wednesday, January 2, 2013.

The deadline for Plaintiff to file its motion for entry of default judgment is Thursday, November 29, 2012. In the event Plaintiff intends to file and notice such a motion for hearing, Plaintiff must first obtain a motion hearing date from the Courtroom Deputy, Martha Parker Brown, and then file the motion within twenty-four hours. The Court will then continue the January 9, 2013 case management conference to the date of the motion hearing. Otherwise, the January 9, 2013 case management conference will proceed as scheduled.

**IT IS SO ORDERED.**

Dated: October 29, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02251-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE