UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | Case No.: 12-CV-02251-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| CONG NGOC TRAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On October 25, 2012, the Clerk of the Court entered default against Defendant Cong Ngoc Tran, individually and d/b/a Quynh Lan. *See* ECF No. 13. Plaintiff then filed a Motion for Default Judgment against defendant Cong Ngoc Tran on January 4, 2013. ECF No. 16. Accordingly, the Court continues the scheduled January 9, 2013 case management conference to the date of the motion hearing, Thursday, May 2, 2013, at 1:30 p.m. The case management conference statement is due by Thursday, April 25, 2013.

**IT IS SO ORDERED.**

Dated: January 8, 2012

_____
LUCY H. KOH
United States District Judge