1
2
3
4
5
6
7

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | Case No.: 12-CV-02251-LHK |
| Plaintiff, ) | |
| ) | ORDER DIRECTING PARTIES TO FILE |
| v. ) | STIPULATION OF DISMISSAL |
| CONG NGOC TRAN, ) | |
| Defendant. ) | |

On April 30, 2013, the Court received notice that the parties have reached a settlement to resolve this action in its entirety. *See* ECF No. 22. Accordingly, by May 1, 2013, at 2:00 p.m., the parties shall file a stipulation to dismiss this action with prejudice, or a joint statement explaining why the parties are unable to do so.

**IT IS SO ORDERED.**

Dated: April 30, 2013

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge