1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7

8                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
9

10  J & J SPORTS PRODUCTIONS, INC.,          CASE NO. 5:12-cv-02251-LHK

11                       Plaintiff,          STIPULATION OF DISMISSAL OF
                                             PLAINTIFF'S COMPLAINT AGAINST
12            vs.                            DEFENDANT CONG NGOC TRAN,
                                             individually and d/b/a QUYNH LAN
13  CONG NGOC TRAN,

14                       Defendant.

15

16

17        IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS,

18  INC. and Defendant CONG NGOC TRAN, individually and d/b/a QUYNH LAN, that the above-

19  entitled action is hereby dismissed without prejudice against CONG NGOC TRAN, individually and

20  d/b/a QUYNH LAN and subject to the Court's jurisdiction to enforce the settlement agreement

21  reached between the Parties.

22        IT IS FURTHER STIPULATED that provided no Party referenced above has filed a

23  motion to reopen this action by October 3, 2014, the dismissal shall be deemed to be with

24  prejudice.

25  ///

26  ///

27  ///

28  ///

STIPULATION OF DISMISSAL
5:12-cv-02251-LHK
PAGE 1

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).   Each Party

2 referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6  Dated:  April 30, 2013

7                                              LAW OFFICES OF THOMAS P. RILEY, P.C.
                                               By:  Thomas P. Riley
8                                              Attorneys for Plaintiff
                                               J & J SPORTS PRODUCTIONS, INC.
9

10

11  Dated:  April 30, 2013
                                               _____
12                                             LAW OFFICES OF VI K. TRAN
                                               By: Vi K. Tran
13                                             Attorneys for Defendant
                                               CONG NGOC TRAN, individually and d/b/a QUYNH LAN
14

15

16

17

18

19

20

21

22

23

24  **IT IS SO ORDERED:**   The Clerk shall close the file.

25

26                                             Dated:  May 1, 2015
    **The Honorable Lucy H. Koh**
27  **United States District Court**
    **Northern District of California**
28

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 1, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANT CONG NGOC TRAN, individually and d/b/a QUYNH LAN**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Vi Tran, Esquire                                    (Attorney for Defendant)
LAW OFFICES OF VI. K. TRAN
1625 The Alameda, Suite 800
San Jose, CA 95126

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 1, 2013, at South Pasadena, California.

Dated: April 30, 2013

VANESSA VENTURA

STIPULATION OF DISMISSAL
5:12-cv-02251-LHK
PAGE 3